**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE**

Civil Case No.  07-cv-00265-LTB-CBS

FRANCISCO LOPEZ,
JORGE ALVAREZ,
FERNANDO BENCOMO,
ENRIQUE GUTIERREZ,
HERACLIO CARRETE, and
ORLANDO MARTINEZ,

       Plaintiffs,

v.

C&D INSULATION, INC., and
DAVID P. ROY, individually,

       Defendants.
_____

**ORDER OF DISMISSAL**
_____

THIS MATTER having come before the Court on the Plaintiffs' Notice of Dismissal (Doc 6 - filed March 1, 2007), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED,** each party to pay their own fees and costs.

                BY THE COURT:

                  s/Lewis T. Babcock
                Lewis T. Babcock, Chief Judge

DATED:   March 2, 2007